944 A.2d 23

THE CONNECTICUT INDEMNITY COMPANY, PLAINTIFF–PETITIONER, v. GROVER DOWDY, JOAN TAYLOR, ROBERT TAYLOR, ET AL., DEFENDANTS, AND NEW JERSEY MANUFACTURERS INSURANCE COMPANY, DEFENDANT–RESPONDENT.

February 11, 2008.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

944 A.2d 23

IN RE RIVERVIEW PROFESSIONAL SERVICES.

February 20, 2008.

Granted.

944 A.2d 23

IN RE RIVERVIEW PROFESSIONAL SERVICES.

February 20, 2008.

Granted.

944 A.2d 24

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DAVID OLOWU, DEFENDANT–APPELLANT.

February 28, 2008.

This matter having been duly presented to the Court on defendant's appeal as of right, and the Court having determined that